# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 16, 2022

**By Email and ECF**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing is adjourned from June 2, 2022 to June 28, 2022, at 11:00 a.m.

SO ORDERED.

/s/ Alvin K. Hellerstein
May 17, 2022

Re:   **United States v. Rarniery Molina**
      **21 Cr. 132 (AKH)**

Dear Judge Hellerstein:

I write with the consent of the government to respectfully request an adjournment of Mr. Molina's sentencing of approximately two weeks. The hearing is currently scheduled for June 2, 2022. Mr. Molina is reviewing the final Presentence Report, and we are awaiting some additional mitigation documents. An adjournment would allow me to effectively prepare for Mr. Molina's sentencing.

Thank you for your consideration of this application.

Respectfully submitted,

Tamara L. Giwa
Counsel for Rarniery Molina
Federal Defenders of New York
(212) 417-8719

Cc:   AUSA Patrick Moroney
      AUSA Marguerite Colson