UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

RARNIERY MOLINA,

Defendant.

**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE**

21 Cr. 132 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On September 30, 2026, Rarniery Molina filed a motion for early termination of supervised release. Probation and the Government do not object to the request. On August 11, 2022, after pleading guilty to one count of conspiracy to commit wire fraud, Mr. Molina was sentenced to 46 months' imprisonment, to be followed by a three-year term of supervised release. Mr. Molina's term of supervised release is set to expire in March 2027. Since his release from custody, Mr. Molina has secured full-time employment, complied with the terms of his release, and paid his restitution obligations, after correcting some inconsistent payments. Mr. Molina has successfully self-managed without need for Probation's resources, attending only check-ins with his Probation officer. I find that Mr. Molina has demonstrated substantial rehabilitative efforts and has successfully reintegrated into his community, thus accomplishing the purposes of supervised release. *See United States v. Aldeen*, 792 F.3d 247, 252 (2d Cir. 2015) (noting the rehabilitative purpose of supervised release). Therefore, the interests of justice warrant early termination of supervised release under 18 U.S.C. § 3583(e)(1).

Mr. Molina's motion for early termination of supervised release is granted, and his term of supervised release is terminated effective immediately.

The Clerk of Court shall terminate ECF No. 299.

SO ORDERED.

Dated: October 7, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge